**TIFFANY & BOSCO** P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22788/9042487157

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Andrew Thomas Sarver and Meredith Karlsson Sarver<br>      Debtors.<br><br>US Bank NA<br>      Movant,<br>  vs.<br><br>Andrew Thomas Sarver and Meredith Karlsson Sarver, Debtors, Constantino Flores, Trustee.<br>      Respondents. | No. 2:09-bk-13130-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #22) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 8, 2007 and recorded in the office of the Maricopa County Recorder wherein US Bank NA is the current beneficiary and Andrew Thomas Sarver and Meredith Karlsson Sarver have an interest in, further described as:

PARCEL NO. 1:
Situated in a portion of the Northwest quarter of Section 13, Township 1 North, Range 6 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows:

COMMENCING at a found GLO Brass Cap at the Northwest corner of said Section 13;
THENCE Nortb 89° 58" 33' East, an assumed basis of bearing as shown on the Record of Survey by Hansen Engineering & Surveying, L.L.C., recorded in Book 690 of Maps, Page 47, Maricopa County Records, along the North line of the Northwest quarter of said Section 13, a distance of 2640.86 feet to a found Maricopa County Aluminum Cap stamped RLS 36563, at the North quarter corner of said Section 13;

THENCE South 00° 00" 05' West, along the East line of the Northwest quarter of said Section 13, a distance of 55.00 feet to a 1/2 inch rebar,

THENCE Soutb 89° 58" 33" West, along a line parallel and 55 feet South of the North line of the Northwest quarter of said Section 13 a distance of 330.09 feet to a set 1/2 inch rebar tagged LS 14216;

THENCE South 434.64 feet to a set 1/2 inch rebarr tagged LS 14216 and the POINT OF BEGINNING;

THENCE continuing South a distance of 170.64 feet to a set 1/2 inch rebar tagged LS 14216;

THENCE South 89° 58' 35' West along the South line of the Northeast quarter of the Northeast quarter of the Northwest quarter of said section 13 a distance of 330.08 feet to a found 1/2 inch iron
pipe;

THENCE North 00° 00" 14' West along the Westline of the Northeast quarter of the Northeast quarter of the Northwest quarter of said Section 13, a distance of 170.64 feet to a set 1/2 inch rebar, tagged LS 14216;

THENCE North 89° 58" 34' East, a distance of 330.09 feet to the POINT OF BEGINNING.

PARCEL NO.2:

An easement for ingress, egress and public utilities over the West 15.00 feet of the Northeast quarter of the Northeast quarter of the Northwest quarter of Section 13, Township 1 North, Range 6 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;

EXCEPT any portion thereof lying within the above described Parcel No.1.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT